**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

FEB 19 2016

JEFFREY P. ALLSTEADT, CLERK
PS REP. - CA

| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

Northern District of Illinois

Case number (If known): _____

Chapter you are filing under:
- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy      12/15

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
|---|---|

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br>Bring your picture identification to your meeting with the trustee. | Albert<br>First name<br>Michael<br>Middle name<br>Rossini<br>Last name<br>_____<br>Suffix (Sr., Jr., II, III) | **FILED**<br>UNITED STATES BANKRUPTCY COURT<br>First name NORTHERN DISTRICT OF ILLINOIS<br>Middle name  FEB 19 2016<br>Last name<br>JEFFREY P. ALLSTEADT, CLERK<br>Suffix (Sr., Jr., II PS REP. - CA |
| **2. All other names you have used in the last 8 years**<br>Include your married or maiden names. | First name<br>Middle name<br>Last name<br>First name<br>Middle name<br>Last name | First name<br>Middle name<br>Last name<br>First name<br>Middle name<br>Last name |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – 1611 _____<br>OR<br>9 xx – xx – _____ | xxx – xx – _____<br>OR<br>9 xx – xx – _____ |

Debtor 1   Albert Michael Rossini
First Name   Middle Name   Last Name

Case number (if known) _____

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

About Debtor 1:

☐ I have not used any business names or EINs.

_____
Business name

_____
Business name

EIN  _ _ – _ _ _ _ _ _ _

EIN  _ _ – _ _ _ _ _ _ _

About Debtor 2 (Spouse Only in a Joint Case):

☐ I have not used any business names or EINs.

_____
Business name

_____
Business name

EIN  _ _ – _ _ _ _ _ _ _

EIN  _ _ – _ _ _ _ _ _ _

**5. Where you live**

_____
Number     Street

5211 Old Orchard Road
_____

Skokie                        IL        60077
_____
City                         State    ZIP Code

Cook
_____
County

If your mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address.

_____
Number     Street

P.O. Box 517
_____
P.O. Box

Winnetka               IL        60093
_____
City                         State    ZIP Code

If Debtor 2 lives at a different address:

_____
Number     Street

_____

_____
City                         State    ZIP Code

_____
County

If Debtor 2's mailing address is different from yours, fill it in here. Note that the court will send any notices to this mailing address.

_____
Number     Street

_____
P.O. Box

_____
City                         State    ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

_____

_____

_____

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

_____

_____

_____

| Debtor 1 | Albert | Michael | Rossini | | Case number (if known)_____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

## Part 2:   Tell the Court About Your Bankruptcy Case

7. **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

☑ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

---

8. **How you will pay the fee**

☐ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☑ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

9. **Have you filed for bankruptcy within the last 8 years?**

☐ No

☑ Yes.

| District | Northern Illinois | When | 01/14/2016 | Case number | 16 B 01067 |
|---|---|---|---|---|---|
| | | | MM / DD / YYYY | | |
| District | Northern Illinois | When | 08/19/2014 | Case number | 14 B 30457 |
| | | | MM / DD / YYYY | | |
| District | | When | | Case number | |
| | | | MM / DD / YYYY | | |

---

10. **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No

☐ Yes.

| Debtor | _____ | | | Relationship to you | _____ |
|---|---|---|---|---|---|
| District | _____ | When | | Case number, if known | _____ |
| | | | MM / DD / YYYY | | |
| Debtor | _____ | | | Relationship to you | _____ |
| District | _____ | When | | Case number, if known | _____ |
| | | | MM / DD / YYYY | | |

---

11. **Do you rent your residence?**

☐ No.   Go to line 12.

☑ Yes.   Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

☐ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

---

Debtor 1    Albert Michael Rossini

First Name    Middle Name    Last Name

Case number (if known)_____

## Part 3:    Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number    Street

_____

_____
City    State    ZIP Code

Check the appropriate box to describe your business:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

## Part 4:    Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No

☐ Yes. What is the hazard?    _____

_____

If immediate attention is needed, why is it needed?    _____

_____

Where is the property?    _____
Number    Street

_____
City    State    ZIP Code

| Debtor 1 | Albert Michael Rossini | | | Case number (if known)_____ |
| --- | --- | --- | --- | --- |
| | First Name | Middle Name | Last Name | |

## Part 5:    Explain Your Efforts to Receive a Briefing About Credit Counseling

**15.** **Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**  My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**  I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**  My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**  I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    **Albert Michael Rossini**
First Name    Middle Name    Last Name

Case number (if known)_____

---

## Part 6:   Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.
☐ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.

---

**17. Are you filing under Chapter 7?**

☐ No. I am not filing under Chapter 7. Go to line 18.

☑ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☑ No
☐ Yes

---

**18. How many creditors do you estimate that you owe?**

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

---

**19. How much do you estimate your assets to be worth?**

☑ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

## Part 7:   Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗ *Albert M Rossini*
Signature of Debtor 1

✗ _____
Signature of Debtor 2

Executed on  02/18/2016
     MM / DD / YYYY

Executed on  _____
     MM / DD / YYYY

---

Debtor 1    Albert Michael Rossini
_____
First Name    Middle Name    Last Name

Case number (if known)_____

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

✗ _____     Date    _____
Signature of Attorney for Debtor                                        MM   /   DD  / YYYY

_____
Printed name

_____
Firm name

_____
Number    Street

_____

_____
City                                               State        ZIP Code

Contact phone _____     Email address _____

_____
Bar number                                          State

Debtor 1    __Albert_____Michael_____Rossini_____    Case number (if known)_____
           First Name    Middle Name    Last Name

| **For you if you are filing this bankruptcy without an attorney** | The law allows you, as an individual, to represent yourself in bankruptcy court, but **you should understand that many people find it extremely difficult to represent themselves successfully. Because bankruptcy has long-term financial and legal consequences, you are strongly urged to hire a qualified attorney.** |
|---|---|
| **If you are represented by an attorney, you do not need to file this page.** | To be successful, you must correctly file and handle your bankruptcy case. The rules are very technical, and a mistake or inaction may affect your rights. For example, your case may be dismissed because you did not file a required document, pay a fee on time, attend a meeting or hearing, or cooperate with the court, case trustee, U.S. trustee, bankruptcy administrator, or audit firm if your case is selected for audit. If that happens, you could lose your right to file another case, or you may lose protections, including the benefit of the automatic stay. |

You must list all your property and debts in the schedules that you are required to file with the court. Even if you plan to pay a particular debt outside of your bankruptcy, you must list that debt in your schedules. If you do not list a debt, the debt may not be discharged. If you do not list property or properly claim it as exempt, you may not be able to keep the property. The judge can also deny you a discharge of all your debts if you do something dishonest in your bankruptcy case, such as destroying or hiding property, falsifying records, or lying. Individual bankruptcy cases are randomly audited to determine if debtors have been accurate, truthful, and complete. **Bankruptcy fraud is a serious crime; you could be fined and imprisoned.**

If you decide to file without an attorney, the court expects you to follow the rules as if you had hired an attorney. The court will not treat you differently because you are filing for yourself. To be successful, you must be familiar with the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the local rules of the court in which your case is filed. You must also be familiar with any state exemption laws that apply.

Are you aware that filing for bankruptcy is a serious action with long-term financial and legal consequences?

❏ No
☑ Yes

Are you aware that bankruptcy fraud is a serious crime and that if your bankruptcy forms are inaccurate or incomplete, you could be fined or imprisoned?

❏ No
☑ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out your bankruptcy forms?

☑ No
❏ Yes. Name of Person_____
   Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

By signing here, I acknowledge that I understand the risks involved in filing without an attorney. I have read and understood this notice, and I am aware that filing a bankruptcy case without an attorney may cause me to lose my rights or property if I do not properly handle the case.

**X** _/s/ Albert M Rossini_____    **X** _____
Signature of Debtor 1                          Signature of Debtor 2

Date    02/18/2016                      Date    _____
        MM / DD  / YYYY                          MM / DD  / YYYY

Contact phone    847-471-2250           Contact phone    _____

Cell phone    847-471-2250              Cell phone    _____

Email address    bertrossini4@aol.com   Email address    _____

**Fill in this information to identify your case and this filing:**

Debtor 1    _ALBERT   MICHAEL   ROSSINI_
           First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the: _NORTHERN_ District of _ILLINOIS_

Case number _____

☐ Check if this is an
amended filing

## Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once.  If an asset fits in more than one category, list the asset in the category where you think it fits best.  Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**   **Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2.
☒ Yes. Where is the property?

1.1.  _4321 So MARSHFIELD_
Street address, if available, or other description

_____

_CHICAGO      IL  60609_
City                State    ZIP Code

_COOK_
County

**What is the property?** Check all that apply

☐ Single-family home
☒ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?**   **Current value of the portion you own?**

$ _18,000_          $ _0_

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

_FEE Simple - Comprehensive
PROPERTIES_

☐ Check if this is community property
(see instructions)

If you own or have more than one, list here:

1.2.  _4037 W. ADAMS_
Street address, if available, or other description

_4033 W. ADAMS - LOT_

_CHICAGO      IL 60624_
City                State  ZIP Code

_COOK_
County

**What is the property?** Check all that apply.

☐ Single-family home
☒ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?**   **Current value of the portion you own?**

$ _50,000_          $ _0_

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

_FEE SIMPLE -_

☐ Check if this is community property
(see instructions)

Debtor 1   ALBERT   PARRAGE ROSSI
First Name   Middle Name   Last Name

Case number (if known)

1.3. 4045 W. Wilcox
Street address, if available, or other description

**What is the property?** Check all that apply.

☐ Single-family home

☑ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

☐ Land

☐ Investment property

☐ Timeshare

☐ Other _____

Chicago   IL   60624
City   State   ZIP Code

COOK
County

5410 W. FULTON
CHICAGO, IL 60624
COOK

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**

$ 50,000   $ 0

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

FEE SIMPLE - HOYA PROPERTIES

**Who has an interest in the property?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number: _____

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here. ........................➔   $ 0

---

**Part 2:   Describe Your Vehicles**

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No

☑ Yes

3.1.  Make:   DODGE

Model:   CALIBER

Year:   2008

Approximate mileage:   60,000

Other information:

**Who has an interest in the property?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☑ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**

$ 4,000   $ 2,000

If you own or have more than one, describe here:

3.2.  Make:   _____

Model:   _____

Year:   _____

Approximate mileage:   _____

Other information:

**Who has an interest in the property?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**

$ _____   $ _____

3.3.  Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other information:

Who has an interest in the property? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?

Current value of the portion you own?

$_____   $_____

3.4.  Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other information:

Who has an interest in the property? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?

Current value of the portion you own?

$_____   $_____

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☒ No
☐ Yes

4.1.  Make: _____

Model: _____

Year: _____

Other information:

Who has an interest in the property? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?

Current value of the portion you own?

$_____   $_____

If you own or have more than one, list here:

4.2.  Make: _____

Model: _____

Year: _____

Other information:

Who has an interest in the property? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?

Current value of the portion you own?

$_____   $_____

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ⟶ $ 2,000

## Part 3:   Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**

   *Examples:* Major appliances, furniture, linens, china, kitchenware

   ☐ No

   ☒ Yes. Describe......... BOOKCASE, Kitchenware, Chairs, CABinets   $ 1,500

7. **Electronics**

   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

   ☐ No

   ☒ Yes. Describe......... TELEVISION, RADIO, STEREO, LAPTOP, Printer SCANNER, CELL-PHONE   $ 1,500

8. **Collectibles of value**

   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

   ☐ No

   ☒ Yes. Describe......... BOOKs, PICTURES   $ 500

9. **Equipment for sports and hobbies**

   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

   ☐ No

   ☒ Yes. Describe......... Pullup + Pushup BARS, WEIGHTS   $ 150

10. **Firearms**

    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☒ No

    ☐ Yes. Describe.........   $

11. **Clothes**

    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No

    ☒ Yes. Describe......... Suits, Slacks, Shirts, Underwear, Shoes, Exercisewear   $ 1,000

12. **Jewelry**

    Examples: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☒ No

    ☐ Yes. Describe.........   $

13. **Non-farm animals**

    *Examples:* Dogs, cats, birds, horses

    ☒ No

    ☐ Yes. Describe.........   $

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☒ No

    ☒ Yes. Give specific information.........   $

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here .................................................... →   $ 4,650

**Part 4:    Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

16. **Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

❏ No
☒ Yes ...........................................................................................    Cash: 30    $ _____30_____

17. **Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☒ No
❏ Yes .....................

| | Institution name: | |
|---|---|---|
| 17.1. Checking account: | _____ | $_____ |
| 17.2. Checking account: | _____ | $_____ |
| 17.3. Savings account: | _____ | $_____ |
| 17.4. Savings account: | _____ | $_____ |
| 17.5. Certificates of deposit: | _____ | $_____ |
| 17.6. Other financial account: | _____ | $_____ |
| 17.7. Other financial account: | _____ | $_____ |
| 17.8. Other financial account: | _____ | $_____ |
| 17.9. Other financial account: | _____ | $_____ |

18. **Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

❏ No
☒ Yes ...............

Institution or issuer name:

SCOTTRADE _____    $ _____9.94_____
_____    $ _____
_____    $ _____

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

❏ No
☒ Yes. Give specific information about them.................

Name of entity:                          % of ownership:

DEVON STREET REALTY LTD          100 %    $      0
DEVON STREET INVESTMENTS LTD     100 %    $ UNCERTAIN
LASALLE EQUITY INVESTORS, LTD    100 %    $      0
OTHERS ARE DISSOLVED WITH NO VALUE

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific     Issuer name:
   information about
   them.....................     _____     $ _____
                                 _____     $ _____
                                 _____     $ _____

21. **Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No
☐ Yes. List each      Type of account:        Institution name:
   account separately.
                      401(k) or similar plan:  _____     $ _____

                      Pension plan:            _____     $ _____

                      IRA:                     _____     $ _____

                      Retirement account:      _____     $ _____

                      Keogh:                   _____     $ _____

                      Additional account:      _____     $ _____

                      Additional account:      _____     $ _____

22. **Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
companies, or others

☑ No
☐ Yes..........................
                      Institution name or individual:

                      Electric:                _____     $ _____

                      Gas:                     _____     $ _____

                      Heating oil:             _____     $ _____

                      Security deposit on rental unit: _____     $ _____

                      Prepaid rent:            _____     $ _____

                      Telephone:               _____     $ _____

                      Water:                   _____     $ _____

                      Rented furniture:        _____     $ _____

                      Other:                   _____     $ _____

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes..........................     Issuer name and description:

                                 _____     $ _____
                                 _____     $ _____
                                 _____     $ _____

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☒ No
☐ Yes ............................ Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

| | $_____ |
|---|---|
| | $_____ |
| | $_____ |

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☒ No
☐ Yes. Give specific information about them....

$_____

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☒ No
☐ Yes. Give specific information about them....

$_____

27. **Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☒ No
☐ Yes. Give specific information about them....

$_____

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**

☒ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years. .......................

Federal: $_____
State: $_____
Local: $_____

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☒ No
☐ Yes. Give specific information..........

Alimony: $_____
Maintenance: $_____
Support: $_____
Divorce settlement: $_____
Property settlement: $_____

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☒ No
☐ Yes. Give specific information...............

$_____

Debtor 1 _ALBERT MICHAEL ROSSI_
First Name   Middle Name   Last Name   Case number *(if known)*_____

31. **Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

   ☒ No
   ☐ Yes. Name the insurance company
       of each policy and list its value. ...

   | Company name: | Beneficiary: | Surrender or refund value: |
   |---|---|---|
   | _____ | _____ | $_____ |
   | _____ | _____ | $_____ |
   | _____ | _____ | $_____ |

32. **Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

   ☒ No
   ☐ Yes. Give specific information............ [_____]   $_____

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

   ☐ No
   ☒ Yes. Describe each claim............   2013 CH 9502
       _Thomas W. Murphy, Pedersen Houpt, Berger_   $ _UNCERTAIN_
       _Newmark_

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

   ☐ No
   ☐ Yes. Describe each claim.   [_____]   $_____

35. **Any financial assets you did not already list**

   ☐ No
   ☐ Yes. Give specific information............   [_____]   $_____

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ......................................... →   $ __39.94__

## Part 5:    Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
   ☒ No. Go to Part 6.
   ☐ Yes. Go to line 38.

   Current value of the portion you own?
   Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**
   ☒ No
   ☐ Yes. Describe........   [_____]   $_____

39. **Office equipment, furnishings, and supplies**
   *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
   ☒ No
   ☐ Yes. Describe........   [_____]   $_____

Debtor 1    ALBERT MICHAEL JOSEPH
First Name    Middle Name    Last Name

Case number (if known)_____

---

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☒ No

☐ Yes. Describe......    $_____

**41. Inventory**

☒ No

☐ Yes. Describe......    $_____

**42. Interests in partnerships or joint ventures**

☒ No

☐ Yes. Describe......    Name of entity:    % of ownership:

_____    _____%    $_____

_____    _____%    $_____

_____    _____%    $_____

**43. Customer lists, mailing lists, or other compilations**

☒ No

☐ Yes. Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?

☐ No

☐ Yes. Describe......    $_____

**44. Any business-related property you did not already list**

☒ No

☐ Yes. Give specific
information .........    _____    $_____

_____    $_____

_____    $_____

_____    $_____

_____    $_____

_____    $_____

**45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached**
**for Part 5. Write that number here** ...............................................................    →    $_____

---

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☒ No. Go to Part 7.

☐ Yes. Go to line 47.

**Current value of the
portion you own?**
Do not deduct secured claims
or exemptions.

**47. Farm animals**

*Examples:* Livestock, poultry, farm-raised fish

☒ No

☐ Yes ...............    $_____

---

Debtor 1   _ROBERT_  _MICHAEL_   _____
First Name     Middle Name       Last Name       Case number (if known)

**48. Crops—either growing or harvested**

☒ No
☐ Yes. Give specific
information........... [                                  ]   $_____

**49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☒ No
☐ Yes........................ [                                  ]   $_____

**50. Farm and fishing supplies, chemicals, and feed**

☒ No
☐ Yes........................ [                                  ]   $_____

**51. Any farm- and commercial fishing-related property you did not already list**

☒ No
☐ Yes. Give specific
information........... [                                  ]   $_____

**52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** .................................................... ➔   $_____

---

**Part 7:   Describe All Property You Own or Have an Interest in That You Did Not List Above**

**53. Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☐ No
☐ Yes. Give specific
information........... [                                  ]   $_____
                                                              $_____
                                                              $_____

**54. Add the dollar value of all of your entries from Part 7. Write that number here** ...................... ➔   $_____

---

**Part 8:   List the Totals of Each Part of this Form**

**55. Part 1: Total real estate, line 2** ................................................................... ➔   $_____0____

**56. Part 2: Total vehicles, line 5**          $_2,000.00_

**57. Part 3: Total personal and household items, line 15**      $_4650.00_

**58. Part 4: Total financial assets, line 36**      $___39.94___

**59. Part 5: Total business-related property, line 45**      $____0____

**60. Part 6: Total farm- and fishing-related property, line 52**      $____0____

**61. Part 7: Total other property not listed, line 54**     + $____0____

**62. Total personal property. Add lines 56 through 61.** ...................   $_____   Copy personal property total ➔ + $_6689.94_

**63. Total of all property on Schedule A/B. Add line 55 + line 62** ...........................................   $_6689.94_

---

**Fill in this information to identify your case:**

Debtor 1    _ALBERT   MICHAEL   ROSSINI_
           First Name      Middle Name      Last Name

Debtor 2
(Spouse, if filing)  First Name      Middle Name      Last Name

United States Bankruptcy Court for the _NORTHERN_ District of _ILLINOIS_

Case number
(if known)    _____

☐ Check if this is an
amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory limit.

**Part 1:    Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption.* | |
| Brief description: _2008 DODGE CALIBER_  Line from *Schedule A/B*: _3_ | $ _2,000_ | ☐ $ ____  ☒ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: _4321 S MARSHFIELD_  Line from *Schedule A/B*: _11_ | $ _0_ | ☐ $ ____  ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: _4 unit Building_  Line from *Schedule A/B*: _____ | $ ____ | ☐ $ ____  ☐ 100% of fair market value, up to any applicable statutory limit | |

3. **Are you claiming a homestead exemption of more than $155,675?**
   (Subject to adjustment on 4/01/16 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☒ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

Debtor 1  ALBERT  MICHAEL  ROSSI

First Name   Middle Name   Last Name   Case number *(if known)*_____

| Part 2: | Additional Page |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: CLOTHES<br>Line from Schedule A/B: 11 | $ 1,000 | ☐ $ _____<br>☒ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: EXERCISE EQUIPMENT<br>Line from Schedule A/B: 9 | $ 150 | ☐ $ _____<br>☒ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: COLLECTIBLES<br>Line from Schedule A/B: 8 | $ 500 | ☐ $ _____<br>☒ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: ELECTRONICS<br>Line from Schedule A/B: 7 | $ 1,500 | ☐ $ _____<br>☒ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: HOUSEHOLD GOODS<br>Line from Schedule A/B: _____ | $ 1,500 | ☐ $ _____<br>☒ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: CLAIMS RE 3RD PARTIES<br>Line from Schedule A/B: 33 | $ UNCERTAIN | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from Schedule A/B: _____ | $_____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from Schedule A/B: _____ | $_____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from Schedule A/B: _____ | $_____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from Schedule A/B: _____ | $_____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from Schedule A/B: _____ | $_____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from Schedule A/B: _____ | $_____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | _ALBERT_  _MICHAEL_  _ROSSINI_ |
| | First Name  Middle Name  Last Name |
| Debtor 2 | |
| (Spouse, if filing)  First Name | Middle Name  Last Name |
| | |
| United States Bankruptcy Court for the _NORTHERN_ District of _ILLINOIS_ | |
| | |
| Case number | |
| (If known) | |

☐ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

| **Part 1:** | **List All Secured Claims** |
|---|---|

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|

| 2.1 | | | |
|---|---|---|---|
| _LIAM BEN DAVID_ | **Describe the property that secures the claim:** | $ _275,000_ | $ _50,000_ | $ |
| Creditor's Name | | | | |
| _c/o Cheryl Fyock, Attorney_ | _4033-4037 WEST ADAMS_ | | | |
| Number     Street | _CHICAGO, IL 60624_ | | | |
| _55 W. MONROE #1100_ | | | | |
| _CHICAGO    IL  60603_ | **As of the date you file, the claim is:** Check all that apply. | | | |
| City          State  ZIP Code | ☐ Contingent | | | |
| | ☒ Unliquidated | | | |
| | ☐ Disputed | | | |
| **Who owes the debt?** Check one. | **Nature of lien.** Check all that apply. | | | |
| ☒ Debtor 1 only | ☒ An agreement you made (such as mortgage or secured car loan) | | | |
| ☐ Debtor 2 only | | | | |
| ☐ Debtor 1 and Debtor 2 only | ☐ Statutory lien (such as tax lien, mechanic's lien) | | | |
| ☐ At least one of the debtors and another | ☐ Judgment lien from a lawsuit | | | |
| | ☐ Other (including a right to offset) _____ | | | |
| ☐ Check if this claim relates to a community debt | | | | |
| Date debt was incurred _Aug 2012_ | Last 4 digits of account number | | | |

| 2.2 | | | |
|---|---|---|---|
| _LIAM BEN DAVID_ | **Describe the property that secures the claim:** | $ _275,000_ | $ _50,000_ | $ |
| Creditor's Name | | | | |
| _c/o Cheryl Fyock, Attorney_ | _4045 WEST WILCOX_ | | | |
| Number     Street | _CHICAGO, IL 60624_ | | | |
| _55 WEST MONROE #1100_ | | | | |
| _CHICAGO, IL 60603_ | **As of the date you file, the claim is:** Check all that apply | | | |
| City          State  ZIP Code | ☐ Contingent | | | |
| | ☒ Unliquidated | | | |
| | ☐ Disputed | | | |
| **Who owes the debt?** Check one. | **Nature of lien.** Check all that apply. | | | |
| ☒ Debtor 1 only | ☒ An agreement you made (such as mortgage or secured car loan) | | | |
| ☐ Debtor 2 only | | | | |
| ☐ Debtor 1 and Debtor 2 only | ☐ Statutory lien (such as tax lien, mechanic's lien) | | | |
| ☐ At least one of the debtors and another | ☐ Judgment lien from a lawsuit | | | |
| | ☐ Other (including a right to offset) _____ | | | |
| ☐ Check if this claim relates to a community debt | | | | |
| Date debt was incurred _Aug 2012_ | Last 4 digits of account number | | | |

| | | |
|---|---|---|
| **Add the dollar value of your entries in Column A on this page. Write that number here:** | $ _275,000_ | |

Debtor 1    ALBERT  MICHAEL  ROSS
   First Name    Middle Name    Last Name

Case number (if known) _____

| **Part 1:** | **Additional Page** |
|---|---|

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

---

**LIAM BEN DAVID**
Creditor's Name

c/o **CHARYL LYOCK, ATTORNEY**
Number    Street

**55 W. MONROE # 1100**

**CHICAGO, IL 60603**
City    State    ZIP Code

**Who owes the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Date debt was incurred **Aug. 2012**

Describe the property that secures the claim:    $_____    $_____    $_____

**5410 WEST FULTON**
**CHICAGO, IL 60644**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☒ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

---

Creditor's Name

Number    Street

City    State    ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Date debt was incurred _____

Describe the property that secures the claim:    $_____    $_____    $_____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

---

Creditor's Name

Number    Street

City    State    ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Date debt was incurred _____

Describe the property that secures the claim:    $_____    $_____    $_____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

---

**Add the dollar value of your entries in Column A on this page. Write that number here:**    $_____

**If this is the last page of your form, add the dollar value totals from all pages.**
**Write that number here:**    $_____

**Fill in this information to identify your case:**

Debtor 1   ALBERT   MICHAEL   ROSSINI
First Name   Middle Name   Last Name

Debtor 2
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the: NORTHERN District of ILLINOIS

Case number
(If known) _____

☐ Check if this is an
amended filing

## Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims.
List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1:   List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☒ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  |  | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1** INTERNAL REVENUE SERVICE
Priority Creditor's Name
P O BOX 7346
Number   Street
CENTRALIZED ISOLVANCEX DTR
Philadelphia, PA   19101
City   State   ZIP Code

Last 4 digits of account number L 6 1 1
When was the debt incurred? 1994-2015

$ 500,000   $ 510,000   $

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☒ Yes

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☒ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**2.2** ILLINOIS DEPT REVENUE
Priority Creditor's Name

Number   Street
SPRINGFIELD, IL
City   State   ZIP Code

Last 4 digits of account number L 6 1 1
When was the debt incurred? 1994-2015

$ 50,000   $ 50,000   $

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Debtor 1 ___ALBERT MICHAEL BRZINI___
First Name    Middle Name    Last Name

## Part 1: Your PRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

**FEDERAL PAYMENT LEVY**
Priority Creditor's Name

**PROGRAM STOP 686**
Number    Street

**P.O. BOX 57**

**BENSALEM PA 19020**
City          State    ZIP Code

Last 4 digits of account number __1__ __6__ __1__ __1__    $ 500,000   $ 500,000   $ _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☒ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Is the claim subject to offset?**

☐ No
☒ Yes

---

**US ATTORNEY NORTHERN DIST**
Priority Creditor's Name

**219 S. DEARBORN**
Number    Street

**CHICAGO, IL 60604**
City          State    ZIP Code

Last 4 digits of account number __1__ __6__ __1__ __1__    $ 250,000   $ 250,000   $ _____

When was the debt incurred? __1995__

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

_____
Priority Creditor's Name

_____
Number    Street

_____

_____
City          State    ZIP Code

Last 4 digits of account number ___ ___ ___ ___    $ _____   $ _____   $ _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Is the claim subject to offset?**

☐ No
☐ Yes

**Part 2:** List All of Your NONPRIORITY Unsecured Claims

3. Do any creditors have nonpriority unsecured claims against you?
   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ☒ Yes

4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  | | Total claim |
|---|---|---|

**4.1** AT&T WIRELESS

Nonpriority Creditor's Name
P.O. BOX 769
Number   Street
ARLINGTON   TEXAS   76004
City   State   ZIP Code

Last 4 digits of account number  2 0 1 6

When was the debt incurred? _____

$ 1871 00

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify CELLULAR PHONE SERVICE

**4.2** ATT

Nonpriority Creditor's Name
P.O. BOX 769
Number   Street
ARLINGTON   TEXAS   76004
City   State   ZIP Code

Last 4 digits of account number  0 5 2 4

When was the debt incurred? JAN 2015

$ 532.41

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify TELEPHONE/INTERNET

**4.3** SENIOR LIFESTYLE

Nonpriority Creditor's Name
33 N. DEARBORN, #1910
Number   Street
CHICAGO, IL  60602
City   State   ZIP Code

Last 4 digits of account number  3 4 0 3

When was the debt incurred? APRIL 2015

$ 16,000

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☒ Yes

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify MOTHER IN LAW @ ASSISTED LIVING CENTER

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.  **Total claim**

---

ALLY
Nonpriority Creditor's Name

P.O. BOX 380901
Number  Street

Bloomington  MN  55438
City  State  ZIP Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☒ Yes

Last 4 digits of account number  7 7 8 4    $ 8000

**When was the debt incurred?**  June 2015

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  AUTO LOAN

---

BARR MANAGEMENT LTD.
Nonpriority Creditor's Name

707 LAKECOOK RD. #314
Number  Street

DEERFIELD, ILLINOIS  60015
City  State  ZIP Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number  2 2 4 7    $ 15,000

**When was the debt incurred?**  MARCH 2015

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  CHECK CASHED FOR CONSULTANT

---

COMCAST
Nonpriority Creditor's Name

2508 W. ROUTE 120
Number  Street

MCHENRY  IL  60050
City  State  ZIP Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number  5 0 4 4    $ 500

**When was the debt incurred?**  JAN 2015

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☒ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  CABLE TV

---

*Schedule E/F*

In re Albert M. Rossini, _____

## CREDITORS HAVING UNSECURED CLAIMS

| | |
|---|---|
| Nicor Gas<br>P.O. Box 2020<br>Aurora, IL 60507<br>Account # 20-02-91-9625-8 | $ 26,15.34 |
| AT&T<br>c/o Bankruptcy Division<br>P.O. Box 769<br>Arlington, Texas 76004<br>773-685-4456-185-2 | $    128.53 |
| AT&T<br>c/o Bankruptcy Division<br>P.O. Box 769<br>Arlington, Texas 76004<br>847-446-0524-301 | $    532.41 |
| AT&T<br>c/o Bankruptcy Division/Wireless<br>P.O. Box 769<br>Arlington, Texas 76004<br>Account # 289782016<br>Account # 232046524396 | $ 1,871.00<br>$    632.84 |
| Pinnacle Management Services<br>830 Roundabout Suite B<br>West Dundee, IL 60118<br>Account # 33948608 | $     18.78 |
| IC Systems<br>444 Highway 96 East, P.O. Box 64378<br>St. Paul, MN 55164<br>Account:  Chicago Oral & Maxillofacial<br>Surgery Center # 122233 | $ 17,712.00 |
| Senior Lifestyle<br>c/o Koontz Shif & Nesbit<br>33 North Dearborn, Suite 1910<br>Chicago, IL 60602<br>Account # Autumn Green at Wright<br>Campus, 00010496, 90123403 | $ 16,000.00 |

| In Re Albert M. Rossini, | |
|---|---|
| Name, Address | |
| Ally<br>P.O. Box 380901<br>Bloomington, MN 55438<br>Account # 154918547784 | $ 8,000.00 |
| Barr Management, Ltd.<br>c/o Mages & Price LLC<br>707 Lake Cook Road, Suite 314<br>Deerfield, IL 60015<br>Account #M032315-200-2247 | $ 15,000.00 |
| Imperial Motors Jaguar<br>150 Skokie Highway<br>Lake Bluff, Illinois 60044<br>Account # 79646 | $ 9,521.50 |
| Comcast<br>1701 John F. Kennedy Boulevard<br>Philadelphia, PA 19103<br>Account # 8771-10-062-0135044<br><br>2508 W Route 120<br>McHenry, IL 60050<br>Account # 8771-10-062-0135044 | $   500.00 |
| Northwestern Medical Group<br>26609 Network Place<br>Chicago, IL 60673<br>Account # 001510624E | $   496.26 |
| American Modern Select Insurance Co.<br>P.O. Box 5323<br>Cincinnati, Ohio 45201<br>Account # Sani Insurance<br>0047517769 | $  3,000.00 |
| Northwestern Lake Forest Hospital<br>660 North Westmoreland Road<br>Lake Forest, IL 60045<br>Account # 100568914 | $ 6,558.00 |

| | |
|---|---|
| Julie Mai Kirkel<br>c/o Donald B. Leventhal, Ltd.<br>20 North Clark Street, Suite 1725<br>Chicago, IL 60602 | $ 62,800.00 |
| Omnicare of Northern Illinois<br>8351 West Rockville Rd<br>Indianapolis, IN 46234<br>Account # 395616 | $ 1,835.77 |
| North Shore Gas<br>P.O. Box 19083<br>Green Bay, WI 54307<br>Account # 0-5000-4615-8573 | $ 500.00 |
| Arnold Scott Harris, P.C.<br>111 West Jackson Boulevard, Suite 600<br>Chicago, IL 60604<br>Account # 9185301358 | $ 300.00 |
| Presence Health<br>Presence Resurrection Medical Center<br>Patient Financial Services<br>621 17th Street, Suite 1800<br>Denver, CO 80293<br>Account # 009714002468 | $ 718.79 |
| American Chartered Bank<br>732 West Randolph Street<br>Chicago, IL 60607 | $ 35,000.00 |
| Doris Kling<br>% Lawrence Seiwert, Attorney at Law<br>33 North LaSalle Street, Suite 2200<br>Chicago, IL 60602-2616 | $ 70,000.00 |
| Kiet Dang & Huong Ngo<br>% J. Anthony Clark, Attorney at Law<br>25 East Washington, Suite 1332<br>Chicago, IL 60602-1878 | $150,000.00 |
| Beneta Badalian<br>% Mark Schramm, Attorney at Law | $ 70,000.00 |

| | |
|---|---|
| One East Wacker Drive, Suite 2850<br>Chicago, IL 60601 | |
| Kathy Khodi<br>% Tejal S. Desai, Attorney at Law<br>Latimer, Levay & Fyock, LLC<br>55 West Monroe Street, Suite 1100<br>Chicago, IL 60603-5128 | $1,300,000.00 |
| Henry Hormozian<br>% Mark Schramm, Attorney at Law<br>One East Wacker Drive, Suite 2850<br>Chicago, IL 60601 | $  145,200.00 |
| Benvar Lazar<br>% Mark Schramm, Attorney at Law<br>One East Wacker Drive, Suite 2850<br>Chicago, IL 60601 | $ $260,100.00 |
| Assyrian Evangelical Church<br>% Mark Schramm, Attorney at Law<br>One East Wacker Drive, Suite 2850<br>Chicago, IL 60601 | $ 270,000.00 |
| Raymond Babaoghli<br>% Mark Schramm, Attorney at Law<br>One East Wacker Drive, Suite 2850<br>Chicago, IL 60601 | $ 278,000.00 |
| Fereidoon Khoshabe<br>% Mark Schramm, Attorney at Law<br>One East Wacker Drive, Suite 2850<br>Chicago, IL 60601 | $ 729,000.00 |
| Melinda Khoshabe<br>% Mark Schramm, Attorney at Law<br>One East Wacker Drive, Suite 2850<br>Chicago, IL 60601 | $ 50,000.00 |
| Melita Khoshabe<br>% Mark Schramm, Attorney at Law<br>One East Wacker Drive, Suite 2850<br>Chicago, IL 60601 | $ 50,000.00 |
| Vladimir Moghaddasi | $ 954,800.00 |

| | |
|---|---|
| % Mark Schramm, Attorney at Law<br>One East Wacker Drive, Suite 2850<br>Chicago, IL 60601 | |
| | |
| Katayoun Kazemi<br>% Mark Schramm, Attorney at Law<br>One East Wacker Drive, Suite 2850<br>Chicago, IL 60601 | $ 110,000.00 |
| Nina Jozers<br>% Daspin & Aument<br>Robert Grabeman, Attorney at Law<br>227 West Monroe Street, Suite 3500<br>Chicago, IL 60606 | $253,000.00 |
| Nastors Moshi<br>2069 North 53rd Avenue<br>Glendale, Arizona 85308 | $620,000.00 |
| Albert Khamis<br>1712 South Lemon<br>Mesa, Arizona 85206 | $ 97,000.00 |
| Liam Ben David<br>% Cheryl Fyock, Attorney at Law<br>Latimer, Levay, & Fyock, LLC<br>55 West Monroe Street, Suite 1100<br>Chicago, IL 60603-5128 | $275,000.00 |
| Robert Badalian<br>% Mark Schramm, Attorney at Law<br>One East Wacker Drive, Suite 2850<br>Chicago, IL 60601 | $900,000.00 |
| Awikwam Pithyou<br>6122 North Springfield Ave<br>Chicago, IL 60659 | $435,000.00 |
| Janet Khoshaba<br>8201 North Keating Ave<br>Skokie, IL 60076-2536 | $125,000.00 |
| | |

| In Re Albert M. Rossini, | |
|---|---|
| Ilias Bolos<br>% Gus Bahramis, CPA<br>1645 South River Road, Suite 17<br>Des Plaines, IL 60018 | $ 51,000.00 |
| Gus Bahramis, CPA<br>1645 South River Road, Suite 17<br>Des Plaines, IL 60018 | $ 37,500.00 |
| Havana Moshi<br>% Fidel Moshi<br>6911 West Howard Ave<br>Niles, IL 60714 | $ 75,000.00 |
| Valentina Moshi<br>% Fidel Moshi<br>6911 West Howard Ave<br>Niles, IL 60714 | $ 70,000.00 |
| Fidel Moshi & Moshi Moshi<br>6911 West Howard Ave<br>Niles, IL 60714 | $100,000.00 |
| John & Juliet Khoshaba<br>9630 Lowell Ave<br>Skokie, IL 60016-1153 | $125,000.00 |
| St. Odisho Church of the East<br>6201 North Pulaski<br>Chicago, IL 60646 | $300,000.00 |
| Goran Bosnjak<br>ABg HVAC Inc.<br>715 West Washington Ave<br>Lake Bluff, IL 60044 | $   8,000.00 |
| PLS Financial Services, Inc.<br>One South Wacker<br>Chicago, IL 60606 | $   2,500.00 |
| Devon Prosel Realty Group<br>3924 West Devon Street, Suite 202<br>Lincolnwood, IL 60712 | $ 40,000.00 |

| In Re Albert M. Rossini, | |
|---|---|
| Britt Carter & Company<br>1350 South Skokie, Blvd- HWY<br>Lake Forest, IL 60045 | $ 20,000.00 |
| North Shore Gas<br>P.O. Box 2589<br>Columbus, Ohio 43216<br>Account # 0500046158573<br>% CBCS #23431312 | $     500.00 |
| Freedom International Outreach<br>Ministries, Inc.<br>3145 West Flournoy Street<br>Chicago, IL 60612 | $ 18,000.00 |
| Devon McCormick Currency Exchange<br>3310 West Devon Ave<br>Lincolnwood, IL 60712 | $   2,000.00 |
| Alysia Recovery Systems<br>Stellar Recovery, Inc.<br>1327 Highway, 2 West 100<br>Kalespell, MT 59901 | $   5,000.00 |
| City of Chicago<br>400 West Superior Street<br>Chicago, IL 60601<br>Account # 1505268396 | $ 1,750.00 |
| City of Chicago, Department of Police<br>Ordinance Violation<br>3510 South Michigan Ave<br>Chicago, IL 60653 | $ 1,750.00 |
| Harris & Harris<br>111 West Jackson Boulevard, Suite 400<br>Chicago, IL 60604<br>Account # 26194515 | $ 11,000.00 |
| Capital One<br>P.O. Box 6492<br>Carol Stream, IL 60197<br>Account # 5889 | $     401.19 |

| In Re Albert M. Rossini, | |
|---|---|
| City of Chicago Department of Law<br>Attn: Gwendolyn Harris<br>121 North LaSalle Street, Suite 400<br>Chicago, IL 60602 | $  5,300.00 |
| Village of Riverdale<br>Hearing Division<br>157 West 144th Street<br>Riverdale, IL 60827 | $ 15,000.00 |
| State Farm Fire & Casualty<br>2702 Ireland Grove Road<br>Bloomington, IL 61709<br>(Premium Department) | $  7,500.00 |
| City of Chicago Department of Water<br>P.O. Box 6330<br>Chicago, IL 60680<br>Account # Hoya Properties | $ 17,500.00 |
| Sage Capital Recovery<br>1040 Kings Highway North<br>Cherry Hill, NJ 08034 | $  1,000.00 |
| Joseph Mann & Creed<br>8948 Canyon Falls Blvd #200<br>Twinsburg, Ohio 44087 | $  1,000.00 |
| Diversified Consultants, Inc.<br>10550 Deerwood Park Blvd, Suite 309<br>Jacksonville, FL 32256<br>Account # 232046524396<br>Agency File # 35797812 | $      632.84 |
| Louis Mark DeAngelis<br>% Ira Piltz<br>8170 McCormick Boulevard, Suite 116<br>Skokie, IL 60076 | $ 40,000.00 |
| Ira Piltz<br>Attorney at Law<br>8170 McCormick Boulevard, Suite 116<br>Skokie, IL 60076 | $ 12,000.00 |

| In Re Albert M. Rossini, | |
|---|---|
| Aubrey Powell<br>19500 Oakwood Avenue<br>Lynwood, IL 60411 | $ 30,000.00 |
| Teresa Garvin<br>150 Rainbow Road<br>Barrington, IL 60010 | $130,000.00 |
| Alfonzo Valfovinos<br>3243 South Harlem Ave<br>Berwyn, IL 60402 | $ 15,000.00 |
| CoStar Realty Information Inc.<br>% Receivables Control Corp.<br>7373 Kirkwood Court, Suite 200<br>Minneapolis, MN 55369 | $ 19,019.86 |
| First American Bank<br>% Crowley & Lamb<br>350 North LaSalle Street, Suite 900<br>Chicago, IL 60654 | $ 20,000.00 |
| Xerox Capital Services, LLC<br>1301 Ridgeview Drive, Suite 300<br>Lewisville, TX 75057 | $ 25,000.00 |
| 184 Property LLC<br>% Chenoweth Law<br>645 North Kingsbury 2408<br>Chicago, IL 60654 | $150,000.00 |
| Public Storage 25518<br>6460 North Lincoln Ave<br>Lincolnwood, IL 60712-4038 | $    628.20 |
| Felicia Finkleman<br>3039 Hartzell<br>Wilmette, IL 60091 | $  2,250.00 |
| Richard Espe<br>3039 Hartzell<br>Wilmette, IL 60091 | $ 40,000.00 |

| | |
|---|---|
| Withnell Motor Company<br>P.O. Box 3080<br>Salem, Oregon 97302 | $    1,676.20 |
| Harris, N.A.<br>% Jay K. Levy & Associates<br>155 Revere Drive, Suite 2<br>Northbrook, IL 60062 | $    6,950.93 |
| FireClean<br>1300 Touhy Ave<br>Elk Grove, IL 60007 | $  10,721.00 |
| Kim's Pest Control<br>4113 West Lawrence Ave<br>Chicago, IL 60630 | $    7,500.00 |
| Carson's-Comenity<br>P.O. Box 659813<br>San Antonio, TX 78265-9113 | $       275.34 |
| Sarju Nair<br>Vogue Cleaners<br>2701 West Touhy<br>Chicago, IL 60645 | $150,000.00 |
| Mohammed I. Haque<br>4403 West Greenleaf<br>Lincolnwood, IL 60712 | $  85,000.00 |

**Part 4:** **Add the Amounts for Each Type of Unsecured Claim**

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.**
Add the amounts for each type of unsecured claim.

Total claim

**Total claims from Part 1**

6a. **Domestic support obligations**   6a. $ _0_

6b. **Taxes and certain other debts you owe the government**   6b. $ _800,000_

6c. **Claims for death or personal injury while you were intoxicated**   6c. $ _0_

6d. **Other.** Add all other priority unsecured claims. Write that amount here.   6d. + $ _0_

6e. **Total.** Add lines 6a through 6d.   6e. $ _800,000_

Total claim

**Total claims from Part 2**

6f. **Student loans**   6f. $ _0_

6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims**   6g. $ _0_

6h. **Debts to pension or profit-sharing plans, and other similar debts**   6h. $ _0_

6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here.   6i. + $ _50,000_

6j. **Total.** Add lines 6f through 6i.   6j. $ _850,000_

**Fill in this information to identify your case:**

| Debtor | ALBERT | MICHAEL | ROSSINI |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

Debtor 2
(Spouse if filing)   First Name   Middle Name   Last Name

United States Bankruptcy Court for the: NORTHERN District of ILLINOIS

Case number
(If known) _____

☐ Check if this is an
amended filing

## Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   - ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   - ☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease.** Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone). See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| **2.1** Name: Public Storage 25518<br>Number/Street: 6460 NORTH LINCOLN AVE<br>City/State/ZIP: LINCOLNWOOD, IL 60712-4038 | STORAGE OF FURNITURE BOOKS, CLOTHES, PERSONAL BELONGINGS |
| **2.2** Name: DEVON PROSEL REALTY GROUP<br>Number/Street: 3924 WEST DEVON ST. #202<br>City/State/ZIP: LINCOLNWOOD, IL 60712 | LEASE OF OFFICE SPACE WHERE I STORE FILES FOR MY COURT CASES |
| **2.3** Name: AT&T Cellular SERVICE<br>Number/Street: P.O. BOX 769<br>City/State/ZIP: ARLINGTON, TEXAS 76004 | ACCOUNT #28978 2016 Cellular Service CONTRACT |
| **2.4** Name:<br>Number/Street:<br>City/State/ZIP: | |
| **2.5** Name:<br>Number/Street:<br>City/State/ZIP: | |

**Fill in this information to identify your case:**

Debtor 1    Albert Michael Rossini

           First Name           Middle Name           Last Name

Debtor 2
(Spouse, if filing)   First Name           Middle Name           Last Name

United States Bankruptcy Court for the:    Northern District of Illinois

Case number
(if known) _____

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition
chapter 13 income as of the following date:

_____
MM / DD / YYYY

## Official Form B 6I

# Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

|  | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☐ Employed <br> ☑ Not employed | ☐ Employed <br> ☑ Not employed |
| **Occupation** | unemployed | retired |
| **Employer's name** | | |
| **Employer's address** | | |
| | Number   Street | Number   Street |
| | City    State   ZIP Code | City    State   ZIP Code |
| **How long employed there?** | | |

## Part 2:   Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| 2. List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be | 2. $_____ | $_____ |
| 3. Estimate and list monthly overtime pay. | 3. + $_____ | + $_____ |
| 4. Calculate gross income. Add line 2 + line 3. | 4. $_____ | $_____ |

Debtor 1    Albert Michael Rossini
     First Name     Middle Name     Last Name       Case number *(if known)*_____

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here ......................................... → | 4. | $_____ | $_____ |

5. **List all payroll deductions:**

| | | | |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $_____ | $_____ |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $_____ | $_____ |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $_____ | $_____ |
| 5d. **Required repayments of retirement fund loans** | 5d. | $_____ | $_____ |
| 5e. **Insurance** | 5e. | $_____ | $_____ |
| 5f. **Domestic support obligations** | 5f. | $_____ | $_____ |
| 5g. **Union dues** | 5g. | $_____ | $_____ |
| 5h. **Other deductions.** Specify: _____ | 5h. | + $_____ | + $_____ |

6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g +5h.    6.   $_____   $_____

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.   7.   $_____   $_____

8. **List all other income regularly received:**

8a. **Net income from rental property and from operating a business, profession, or farm**
Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.   8a.   $_____   $_____

8b. **Interest and dividends**   8b.   $_____   $_____

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.   8c.   $_____   $_____

8d. **Unemployment compensation**   8d.   $_____   $_____

8e. **Social Security**   8e.   $ 1,664   $ 1,118

8f. **Other government assistance that you regularly receive**
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify: _____   8f.   $_____   $_____

8g. **Pension or retirement income**   8g.   $_____   $_____

8h. **Other monthly income.** Specify: _____   8h.   + $_____   + $_____

9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h.   9.   $_____   $_____

10. **Calculate monthly income.** Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.   10.   $ 1,664   +   $ 1,118   =   $ 2,782

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: _____   11.   + $_____

12. **Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.**   12.   $ 2,772
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data*, if it applies
    **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☑ No.
☐ Yes. Explain: _____

**Fill in this information to identify your case:**

Debtor 1     Albert Michael Rossini
First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)  First Name     Middle Name     Last Name

United States Bankruptcy Court for the:    Northern District of Illinois

Case number
(If known)  _____

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13
   expenses as of the following date:
   _____
   MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2
   maintains a separate household

Official Form B 6J

# Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Describe Your Household

1. **Is this a joint case?**

   ☑ No.  Go to line 2.
   ☐ Yes. Does Debtor 2 live in a separate household?

      ☐ No
      ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No
   ☑ Yes. Fill out this information for each dependent......................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Wife | 68 | ☐ No  ☑ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No
   ☐ Yes

## Part 2:  Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form B 6I).

|  |  | Your expenses |
|---|---|---|
| 4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | $ 1,421 |
| If not included in line 4: | | |
| 4a. Real estate taxes | 4a. | $ 0 |
| 4b. Property, homeowner's, or renter's insurance | 4b. | $ 0 |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | $ 0 |
| 4d. Homeowner's association or condominium dues | 4d. | $ 0 |

Debtor 1 _____Albert Michael Rossini_____   Case number (if known)_____
        First Name        Middle Name         Last Name

| | | Your expenses |
|---|---|---|
| 5. Additional mortgage payments for your residence, such as home equity loans | 5. | $ 0 |
| 6. Utilities: | | |
| 6a. Electricity, heat, natural gas | 6a. | $ 0 |
| 6b. Water, sewer, garbage collection | 6b. | $ 0 |
| 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ 150 |
| 6d. Other. Specify: _____ | 6d. | $ |
| 7. Food and housekeeping supplies | 7 | $ 125.10 |
| 8. Childcare and children's education costs | 8. | $ 0 |
| 9. Clothing, laundry, and dry cleaning | 9. | $ 25 |
| 10. Personal care products and services | 10. | $ 25 |
| 11. Medical and dental expenses | 11. | $ 50 |
| 12. Transportation. Include gas, maintenance, bus or train fare. Do not include car payments. | 12 | $ 100 |
| 13. Entertainment, clubs, recreation, newspapers, magazines, and books | 13. | $ 0 |
| 14. Charitable contributions and religious donations | 14. | $ 0 |
| 15. Insurance. Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| 15a. Life insurance | 15a. | $ 0 |
| 15b. Health insurance | 15b. | $ 0 |
| 15c. Vehicle insurance | 15c. | $ 145 |
| 15d. Other insurance. Specify:_____ | 15d. | $ 0 |
| 16. Taxes. Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | $ 666.90 |
| 17. Installment or lease payments: | | |
| 17a. Car payments for Vehicle 1 | 17a. | $ 0 |
| 17b. Car payments for Vehicle 2 | 17b. | $ 0 |
| 17c. Other. Specify:_____ | 17c. | $ 0 |
| 17d. Other. Specify:_____ | 17d. | $ 0 |
| 18. Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form B 6I). | 18. | $ 0 |
| 19. Other payments you make to support others who do not live with you. Specify:_____ | 19. | $ 0 |
| 20. Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income. | | |
| 20a. Mortgages on other property | 20a. | $ 0 |
| 20b. Real estate taxes | 20b. | $ 0 |
| 20c. Property, homeowner's, or renter's insurance | 20c. | $ 0 |
| 20d. Maintenance, repair, and upkeep expenses | 20d. | $ 0 |
| 20e. Homeowner's association or condominium dues | 20e. | $ 0 |

Debtor 1    Albert Michael Rossini
_____    Case number (if known)_____
First Name    Middle Name    Last Name

| | | |
|---|---|---|
| 21. **Other**. Specify: _____ | 21. | +$ _____ 0 |
| 22. **Your monthly expenses.** Add lines 4 through 21. The result is your monthly expenses. | 22. | $ _____ 2,782 |

23. **Calculate your monthly net income.**

23a. Copy line 12 (*your combined monthly income*) from *Schedule I*.

23b. Copy your monthly expenses from line 22 above.

23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income*.

| | | |
|---|---|---|
| 23a. | $ _____ 2,782 |
| 23b. | − $ _____ 2,782 |
| 23c. | $ _____ 0 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.

☐ Yes.    Explain here:

**Fill in this information to identify your case:**

Debtor 1    Albert Michael Rossini
           First Name         Middle Name         Last Name

Debtor 2
(Spouse, if filing) First Name         Middle Name         Last Name

United States Bankruptcy Court for the: Northern District of Illinois

Case number
(if known) _____

☐ Check if this is an
   amended filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**

☑ Married
☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

☐ No
☑ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| 928 Elm Street | From 10/2006 | | From _____ |
| Number   Street | To 1/2015 | Number   Street | To _____ |
| Winnetka   IL   60093 | | | |
| City   State   ZIP Code | | City   State   ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| | From _____ | | From _____ |
| Number   Street | To _____ | Number   Street | To _____ |
| City   State   ZIP Code | | City   State   ZIP Code | |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☑ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

## Part 2:   Explain the Sources of Your Income

Debtor 1    Albert Michael Rossini
First Name      Middle Name      Last Name

Case number (if known)_____

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☑ Yes. Fill in the details.

|  | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
|  | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | $            0 | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | $_____ |
| **For last calendar year:** (January 1 to December 31, 2015) YYYY | ☑ Wages, commissions, bonuses, tips ☐ Operating a business | $       50,000 | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | $_____ |
| **For the calendar year before that:** (January 1 to December 31, 2014) YYYY | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | $      100,000 | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | $_____ |

5. **Did you receive any other income during this year or the two previous calendar years?**
   Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
☐ Yes. Fill in the details.

|  | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
|  | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | social security | $        1,664 |  | $_____ |
|  |  | $_____ |  | $_____ |
| **For last calendar year:** (January 1 to December 31, 2015) YYYY | Devon Street | $       50,000 |  | $_____ |
|  | social security | $       19,968 |  | $_____ |
|  |  | $_____ |  | $_____ |
| **For the calendar year before that:** (January 1 to December 31, 2014) YYYY | Devon Street | $      100,000 |  | $_____ |
|  | social security | $        6,656 |  | $_____ |
|  |  | $_____ |  | $_____ |

Debtor 1    Albert Michael Rossini

First Name        Middle Name        Last Name        Case number (if known)_____

---

**Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy**

---

6.  **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐  **No.**   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as
"incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,225* or more?

☐  No. Go to line 7.

☐  Yes. List below each creditor to whom you paid a total of $6,225* or more in one or more payments and the
total amount you paid that creditor. Do not include payments for domestic support obligations, such as
child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/16 and every 3 years after that for cases filed on or after the date of adjustment.

☑  **Yes. Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐  No. Go to line 7.

☐  Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that
creditor. Do not include payments for domestic support obligations, such as child support and
alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for |
|---|---|---|---|---|
| _____<br>Creditor's Name<br>_____<br>Number    Street<br>_____<br>_____<br>City        State        ZIP Code | _____ | $_____ | $_____ | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| _____<br>Creditor's Name<br>_____<br>Number    Street<br>_____<br>_____<br>City        State        ZIP Code | _____ | $_____ | $_____ | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| _____<br>Creditor's Name<br>_____<br>Number    Street<br>_____<br>_____<br>City        State        ZIP Code | _____ | $_____ | $_____ | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |

Official Form 107        Statement of Financial Affairs for Individuals Filing for Bankruptcy        page 3

| Debtor 1 | Albert Michael Rossini | | Case number (if known) |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

---

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ☒ No
   ☐ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| | | $ | $ | |
| Insider's Name | | | | |
| | | | | |
| Number    Street | | | | |
| | | | | |
| | | | | |
| City    State    ZIP Code | | | | |
| | | $ | $ | |
| Insider's Name | | | | |
| | | | | |
| Number    Street | | | | |
| | | | | |
| | | | | |
| City    State    ZIP Code | | | | |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

   ☒ No
   ☐ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
| | | $ | $ | |
| Insider's Name | | | | |
| | | | | |
| Number    Street | | | | |
| | | | | |
| | | | | |
| City    State    ZIP Code | | | | |
| | | $ | $ | |
| Insider's Name | | | | |
| | | | | |
| Number    Street | | | | |
| | | | | |
| | | | | |
| City    State    ZIP Code | | | | |

Debtor 1   Albert Michael Rossini
_____First Name_____Middle Name_____Last Name_____

Case number (if known) _____

---

**Part 4:   Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐ No
   ☒ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title _US v. ROSSINI ETAL_ | FEDERAL INDICTMENT | FEDERAL DISTRICT COURT NORTHERN DISTRICT IL <br> Court Name <br> 219 S DEARBORN <br> Number  Street <br> Chicago, IL 60604 <br> City  State  ZIP Code | ☒ Pending <br> ☐ On appeal <br> ☐ Concluded |
| Case number _15CR 515_ | | | |
| Case title _People STATE OF ILLINOIS V. Rossini_ | | COOK COUNTY Criminal <br> Court Name <br> 2600 S CALIFORNIA <br> Number  Street <br> Chicago, IL <br> City  State  ZIP Code | ☒ Pending <br> ☐ On appeal <br> ☐ Concluded |
| Case number _____ | | | |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ☐ No.  Go to line 11.
    ☒ Yes. Fill in the information below.

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| _ALLY FINANCIAL_ <br> Creditor's Name <br> _P.O. BOX  380901_ <br> Number  Street <br> _Bloomington, MN 55438_ <br> City  State ZIP Code | _2012 JEEP LIBERTY_ <br><br> **Explain what happened** <br> ☒ Property was repossessed. <br> ☐ Property was foreclosed. <br> ☐ Property was garnished. <br> ☐ Property was attached, seized, or levied. | _June 2015_ | $ _22,000_ |
| _IMPERIAL MOTORS_ <br> Creditor's Name <br> _150 SKOKIE Highway_ <br> Number  Street <br> _Lake Bluff IL 60044_ <br> City  State  ZIP Code | _2005 JAGUAR_ <br><br> **Explain what happened** <br> ☐ Property was repossessed. <br> ☐ Property was foreclosed. <br> ☐ Property was garnished. <br> ☒ Property was attached, seized, or levied. | _Feb 2015_ | $ _20,000_ |

Debtor 1    Albert Michael Rossini
First Name        Middle Name        Last Name

Case number (if known)_____

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☒ No
☐ Yes. Fill in the details.

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____ Creditor's Name | | | |
| _____ Number    Street | | _____ | $_____ |
| _____ City            State    ZIP Code | Last 4 digits of account number: XXXX–___ ___ ___ ___ | | |

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☒ No
☐ Yes

## Part 5:    List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☒ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| _____ Person to Whom You Gave the Gift | | _____ | $_____ |
| _____ Number    Street | | _____ | $_____ |
| _____ City            State    ZIP Code | | | |
| Person's relationship to you    _____ | | | |

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| _____ Person to Whom You Gave the Gift | | _____ | $_____ |
| _____ Number    Street | | _____ | $_____ |
| _____ City            State    ZIP Code | | | |
| Person's relationship to you    _____ | | | |

Debtor 1  Albert Michael Rossini _____  Case number (if known)_____
First Name   Middle Name   Last Name

14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?

☒ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| _____<br>Charity's Name<br>_____<br>_____<br>Number   Street<br>_____<br>City      State      ZIP Code | | _____<br><br>_____ | $_____<br><br>$_____ |

## Part 6:  List Certain Losses

15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

☒ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of Schedule A/B: Property. | Date of your loss | Value of property lost |
|---|---|---|---|
| | | _____ | $_____ |

## Part 7:  List Certain Payments or Transfers

16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☒ No
☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| _____<br>Person Who Was Paid<br>_____<br>Number   Street<br>_____<br>_____<br>City      State   ZIP Code<br>_____<br>Email or website address<br>_____<br>Person Who Made the Payment, if Not You | | _____<br><br>_____ | $_____<br><br>$_____ |

Debtor 1   Albert Michael Rossini

First Name   Middle Name   Last Name

Case number *(if known)*_____

| Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|
| **Person Who Was Paid** | | $ |
| **Number    Street** | | $ |
| | | |
| **City            State    ZIP Code** | | |
| **Email or website address** | | |
| **Person Who Made the Payment, if Not You** | | |

**17.** Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?
Do not include any payment or transfer that you listed on line 16.

☒ No
☐ Yes. Fill in the details.

| Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|
| **Person Who Was Paid** | | |
| **Number    Street** | | $ |
| | | $ |
| **City            State    ZIP Code** | | |

**18.** Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☐ No
☒ Yes. Fill in the details.

| Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|
| *SEIDEN LAW OFFICE*<br>**Person Who Received Transfer**<br>*333 S. WABASH*<br>**Number    Street**<br>*Suite 2700*<br>*Chicago IL 60604*<br>**City            State    ZIP Code**<br>Person's relationship to you *ATTORNEY*<br>*IN Criminal CASE*<br>**Person Who Received Transfer** | *Lis Pendens, notes*<br>*Property* | *legal fees for*<br>*criminal case* | *Aug 2014* |
| **Number    Street** | | |
| **City            State    ZIP Code** | | |
| Person's relationship to you | | |

Official Form 107        Statement of Financial Affairs for Individuals Filing for Bankruptcy        page 8

| Debtor 1 | Albert Michael Rossini | | Case number (if known) _____ |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you
are a beneficiary? (These are often called *asset-protection devices*.)

☒ No
☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust _____ | | _____ |
| _____ | | |

## Part 8:   List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit,
closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions,
brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☒ No
☐ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| Name of Financial Institution _____ | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| Number    Street _____ | | | | |
| City    State    ZIP Code | | | | |
| Name of Financial Institution _____ | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| Number    Street _____ | | | | |
| City    State    ZIP Code | | | | |

21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for
securities, cash, or other valuables?

☒ No
☐ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | ☐ No<br>☐ Yes |
| Name of Financial Institution _____ | Name _____ | | |
| Number    Street _____ | Number    Street _____ | | |
| City    State    ZIP Code | City    State    ZIP Code | | |

Debtor 1    Albert Michael Rossini

First Name    Middle Name    Last Name

Case number (if known)_____

22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

☐ No

☒ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| *PUBLIC STORAGE* <br> Name of Storage Facility <br> *6460 N. LINCOLN* <br> Number    Street <br> *LINCOLNWOOD, IL 60712* <br> City    State    ZIP Code | *Brenda Rossini, Spouse* <br> Name <br> *P.O. Box 517* <br> Number    Street <br> *Winnetka, IL 60093* <br> City State  ZIP Code | *Furniture, clothes, Kitchen ware, utensils, books* | ☐ No <br> ☒ Yes |

## Part 9:    Identify Property You Hold or Control for Someone Else

23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

☒ No

☐ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| Owner's Name <br><br> Number    Street <br><br> City    State    ZIP Code | Number    Street <br><br> City    State    ZIP Code | | $_____ |

## Part 10:    Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

▪ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

▪ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

▪ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

☒ No

☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site <br><br> Number    Street <br><br> City    State    ZIP Code | Governmental unit <br><br> Number    Street <br><br> City    State    ZIP Code | | _____ |

Debtor 1    Albert Michael Rossini
            First Name    Middle Name    Last Name

Case number (if known) _____

**25. Have you notified any governmental unit of any release of hazardous material?**

☒ No
☐ Yes. Fill in the details.

|  | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | Governmental unit | | |
| Number   Street | Number   Street | | |
| City   State   ZIP Code | City   State   ZIP Code | | |

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☒ No
☐ Yes. Fill in the details.

|  | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| Case title_____ | Court Name | | ☐ Pending |
| | Number   Street | | ☐ On appeal |
| Case number | City   State   ZIP Code | | ☐ Concluded |

---

**Part 11:    Give Details About Your Business or Connections to Any Business**

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☒ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☒ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐ A partner in a partnership
☒ An officer, director, or managing executive of a corporation
☒ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.
☒ Yes. Check all that apply above and fill in the details below for each business.

| DEVON STREET INVESTMENTS | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| Business Name | | |
| 3924 W. DEVON #200 | REAL ESTATE INVESTMENTS | EIN: ___ __ - __ __ __ __ __ __ __ |
| Number   Street | | |
| | Name of accountant or bookkeeper | Dates business existed |
| LINCOLNWOOD IL 60712 | | From 12/31/10 to 12/2015 |
| City   State   ZIP Code | | |

| DEVON STREET REALTY LTD | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| Business Name | | |
| 3924 W. DEVON #200 | REAL ESTATE | EIN: ___ __ - __ __ __ __ __ __ __ |
| Number   Street | | |
| | Name of accountant or bookkeeper | Dates business existed |
| LINCOLNWOOD, IL 60712 | | From 2011 To 2015 |
| City   State   ZIP Code | | |

Debtor 1    Albert Michael Rossini
_____    _____    _____    Case number (if known) _____
First Name    Middle Name    Last Name

Describe the nature of the business    Employer identification number
_ROCKFORD COMMERCIAL_    _REAL ESTATE INVESTMENTS_    Do not include Social Security number or ITIN.
Business Name
_MORTGAGE CO, INC_    EIN: __ __ – __ __ __ __ __ __ __
Number    Street    Name of accountant or bookkeeper
_3924 W. DEVON ST #200_    Dates business existed
_LINCOLNWOOD IL 60712_    From _2013_ To _2015_
City    State    ZIP Code

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business?** Include all financial institutions, creditors, or other parties.

☒ No
☐ Yes. Fill in the details below.

Date issued

_____    _____
Name    MM / DD / YYYY

_____
Number    Street

_____

_____
City    State    ZIP Code

---

**Part 12:    Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗ _Albert M Rossini_    ✗ _____
Signature of Debtor 1    Signature of Debtor 2

Date _02/18/2016_    Date _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

☐ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

☐ No
☐ Yes. Name of person_____    Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

In Re Albert Michael Rossini
Case Number 16-B 01067

Civil Court Cases:

Aljo II LLC & Nina Jozers v. Comprehensive Properties, Hoya Properties, Madison
Mercantile Corp and Albert Rossini
Case Number 2013 L 004128

Robert Badalian et al v. Thomas W. Murphy and Albert Rossini
Case Number 2013 L 013464

Kiet Dang & Huong Ngo v. Devon Street Investments and Albert Rossini
Case Number 2014 L 005759

Louis Mark DeAngelis v. Devon Street Realty, Ltd. (Albert Rossini) and Gregory
Powell
Case Number 2014 CH 13339

Doris Kling v. Albert Rossini
Case Number 2012 L 007686

184 Property LLC v. Devon Street Realty, Ltd. (Albert Rossini)
Case Number 2014 L 007353

Gerald Wesolowki Jr. v. Comprehensive Properties (Albert Rossini)
Case Number  2012 L 000453

2934 West Grand Ave Currency Exchange v. Madison Mercantile & Albert Rossini
Case Number 2011 L 013703

ALBERT M. ROSSINI
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

I am under Federal and State indictment in the following cases:

United States v. Rossini
15 CR 515-1

People v. Rossini
Involves two cases but are consolidated under 2013 CR 17457

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:  ALBERT MICHAEL ROSSINI

                    Debtor                    Case No.  _____

                                              Chapter 7

List of Creditors

Nicor Gas
P.O. Box 2020
Aurora, IL 60507

AT&T
c/o Bankruptcy Division
P.O. Box 769
Arlington, Texas 76004

Pinnacle Management Services
830 Roundabout Suite B
West Dundee, IL 60118

IC Systems
444 Highway 96 East
P.O. Box 64378
St. Paul, MN 55164

Senior Lifestyle
c/o Koontz Shiff & Nesbit
33 North Dearborn
Suite 1910
Chicago, IL 60602

Ally
P.O. Box 380901
Bloomington, MN 55438

Barr Management, Ltd.
c/o Mages & Price LLC
707 Lake Cook Road, Suite 314
Deerfield, IL 60015

List of Creditors, Page 2

Imperial Motors Jaguar
150 Skokie Highway
Lake Bluff, IL 60044

Comcast
1701 John F. Kennedy Boulevard
Philadelphia, PA 19103

Comcast
2508 West Route 120
McHenry, IL 60050

Northwestern Medical Group
26609 Network Place
Chicago, IL 60673

American Modern Select Insurance Co.
% Sani Insurance
P.O. Box 5323
Cincinnati, Ohio 45201

Northwestern Lake Forest Hospital
660 North Westmoreland Road
Lake Forest, IL 60045

Julie Mai Kirkel
% Donald B. Leventhal, Ltd.
20 North Clark Street
Suite 1725
Chicago, IL 60602

Omnicare of Northern Illinois
8351 West Rockville Road
Indianapolis, IN 46234

North Shore Gas
P.O. Box 19083
Green Bay, Wisconsin 54307

Arnold Scott Harris, P.C.
Harris & Harris
111 West Jackson Boulevard
Suite 600
Chicago, IL 60604

List of Creditors, Page 3

Presence Resurrection Medical Center
Presence Health
Patient Financial Services
621 17th Street, Suite 1800
Denver, CO 80293

American Chartered Bank
732 West Randolph Street
Chicago, IL 60607

Doris Kling
% Lawrence Seiwert, Attorney at Law
33 North LaSalle Street, Suite 2200
Chicago, IL 60602-2626

Kiet Dang & Huong Ngo
% J. Anthony Clark, Attorney at Law
25 East Washington, Suite 1332
Chicago, IL 60602-1878

Beneta Badalian
% Mark Schramm, Attorney at Law
One East Wacker Drive, Suite 2850
Chicago, IL 60601

Kathy Khodi
% Tejal S. Desai, Attorney at Law
Latimer, Levay & Fyock, LLC
55 West Monroe Street, Suite 1100
Chicago, IL 60603-5128

Henry Hormozian
% Mark Schramm, Attorney at Law
One East Wacker Drive, Suite 2850
Chicago, IL 60603-5128

Benvar Lazar
% Mark Schramm, Attorney at Law
One East Wacker Drive, Suite 2850
Chicago, IL 60603-5128

List of Creditors, Page 4

Assyrian Evangelical Church
% Mark Schramm, Attorney at Law
One East Wacker Drive, Suite 2850
Chicago, IL 60603-5128

Raymond Babaoghli
% Mark Schramm, Attorney at Law
One East Wacker Drive, Suite 2850
Chicago, IL 60603-5128

Fereidoon Khoshabe
% Mark Schramm, Attorney at Law
One East Wacker Drive, Suite 2850
Chicago, IL 60603-5128

Melinda Khoshabe
% Mark Schramm, Attorney at Law
One East Wacker Drive, Suite 2850
Chicago, IL 60603-5128

Melita Khoshabe
% Mark Schramm, Attorney at Law
One East Wacker Drive, Suite 2850
Chicago, IL 60603-5128

Vladimir Moghaddasi
% Mark Schramm, Attorney at Law
One East Wacker Drive, Suite 2850
Chicago, IL 60603-5128

Katayoun Kazemi
% Mark Schramm, Attorney at Law
One East Wacker Drive, Suite 2850
Chicago, IL 60603-5128

Nina Jozers
% Daspin & Aument
Robert Grabeman, Attorney at Law
227 West Monroe Street, Suite 3500
Chicago, IL 60606

Nastors Moshi
2069 North 53rd Avenue
Glendale, Arizona 85308

List of Creditors, Page 5

Albert Khamis
1712 South Lemon
Mesa, Arizona 85206

Liam Ben David
% Cheryl Fyock, Attorney at Law
Latimer, Levay & Fyock, LLC
55 West Monroe Street, Suite 1100
Chicago, IL 60603-5128

Robert Badalian
% Mark Schramm, Attorney at Law
One East Wacker Drive, Suite 2850
Chicago, IL 60601

Awikwam Pithyou
6122 North Springfield Ave
Chicago, IL 60659

Janet Khoshaba
8201 North Keating Ave
Skokie, IL 60076-2536

Ilias Bolos & Gus Bahramis, CPA
% Gus Bahramis CPA
1645 South River Road, Suite 17
Des Plaines, IL 60018

Craig Shaffer
% Craig Shaffer Accountants
2720 South River Road
Des Plaines, IL 60018

Havana Moshi
% Fidel Moshi
6911 West Howard Ave
Niles, IL 60714

Valentina Moshi
% Fidel Moshi
6911 West Howard Ave
Niles, IL 60714

List of Creditors, Page 6

Fidel Moshi & Moshi Moshi
6911 West Howard Ave
Niles, IL 60714

John & Juliet Khoshaba
9630 Lowell Ave
Skokie, IL 60076-1153

Haim Gabi
8350 Kimball
Skokie, IL 60076

St. Odisho Church of the East
6201 North Pulaski
Chicago, IL 60646

Goran Bosnjak
ABg HVAC Inc.
715 West Washington Ave
Lake Bluff, IL 60044

PLS Financial Services, Inc.
One South Wacker
Chicago, IL 60606

Devon Prosel Realty Group
3924 West Devon Street, Suite 202
Lincolnwood, IL 60712

Britt Carter & Company
1350 South Skokie Boulevard-HWY
Lake Forest, IL 60045

North Shore Gas
P.O. Box 2589
Columbus, Ohio 43216

Freedom International Outreach Ministries, Inc.
3145 West Flournoy Street
Chicago, IL 60612

Devon McCormick Currency Exchange
3310 West Devon Ave
Lincolnwood, IL 60712

List of Creditors, Page 7

Alysia Recovery Systems
Stellar Recovery Inc.
1327 Highway, 2 West 100
Kalespell, MT 59901

City of Chicago
400 West Superior Street
Chicago, IL 60601

City of Chicago, Department of Police
Ordinance Violation
3510 South Michigan Ave
Chicago, IL 60653

Harris & Harris
111 West Jackson Boulevard, Suite 400
Chicago, IL 60604

Capital One
P.O. Box 6492
Carol Stream, IL 60197

City of Chicago Department of Law
Attn: Gwendolyn Harris
121 North LaSalle Street, Suite 400
Chicago, IL 60602

Village of Riverdale
Hearing Division
157 West 144th Street
Riverdale, IL 60827

State Farm Fire & Casualty
2702 Ireland Grove Road
Bloomington, IL 61709

City of Chicago Department of Water
P.O. Box 6330
Chicago, IL 60680

Sage Capital Recovery
1040 Kings Highway North
Cherry Hill, NJ 08034

List of Creditors, Page 8

Joseph, Mann & Creed
8948 Canyon Falls Blvd, #200
Twinsburg, Ohio 44087

Diversified Consultants, Inc.
10550 Deerwood Park Blvd, Suite 309
Jacksonville, Florida 32256

Louis Mark DeAngelis
% Ira Piltz
8170 McCormick Boulevard, Suite 116
Skokie, IL 60076

Ira Piltz
Attorney at Law
8170 McCormick Boulevard, Suite 116
Skokie, IL 60076

Aubrey Powell
19500 Oakwood Avenue
Lynwood, IL 60411

Teresa Garvin
150 Rainbow Road
Barrington, IL 60010

Alfonzo Valdovinos
3243 South Harlem Ave
Berwyn, IL 60402

CoStar Realty Information Inc.
% Receivables Control Corp
7373 Kirkwood Court, Suite 200
Minneapolis, MN 55369

First American Bank
% Crowley & Lamb
350 North LaSalle Street, Suite 900
Chicago, IL 60654

Xerox Capital Services, LLC
1301 Ridgeview Drive, Suite 300
Lewisville, Texas 75057

List of Creditors, Page 9

184 Property, LLC
% Chenoweth Law
645 North Kingsbury 2408
Chicago, IL 60654

Public Storage 25518
6460 North Lincoln Ave
Lincolnwood, IL 60712-4038

Withnell Motor Company
P.O. Box 3080
Salem, Oregon 97302

Harris N.A.
% Jay K. Levy & Associates
155 Revere Drive, Suite 2
Northbrook, IL 60062

FireClean
1300 Touhy Ave
Elk Grove, Village 60007

Kim's Pest Control
4113 West Lawrence Ave
Chicago, IL 60630

Sarju Nair
Vogue Cleaners
2701 West Touhy Ave
Chicago, IL 60645

Comenity-Carsons
P.O. Box 659813
San Antonio, TX 78265-9113


Respectfully submitted,


Albert Michael Rossini
Debtor
P.O. Box
Winnetka, IL 60093